# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
**Joseph L. Young**

Date of Original Judgment: 09/28/2006
Date of Previous Amended Judgment: 10/01/2010
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No: **4:05CR3027**
USM No: **19255-047**

**David R. Stickman**
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **188 months** months **is reduced to** **151 months** .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **09/28/2006** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/03/2012     s/ Richard G. Kopf, Senior United States District Judge
*Judge's signature*

Effective Date: 01/03/2012     Richard G. Kopf, Senior United States District Judge
*(if different from order date)*     *Printed name and title*